# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-4041

_____

| | | |
|---|---|---|
| Dwight Ellis Brooks, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Eastern |
| Regions Bankcard Center, Inc.; | * | District of Arkansas. |
| Louis Whit Light; David B. Bogard, | * | |
| Pulaski County Circuit Judge, 6th | * | [UNPUBLISHED] |
| Division; Trudy Jacobson, Case | * | |
| Coordinator, 6th Division, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:   June 29, 2001

Filed:   July 20, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

Dwight Ellis Brooks appeals the district court's dismissal of Brooks's complaint and the denial of his motion for reconsideration.  Having carefully reviewed the record and the parties' briefs, we agree with the district court that the complaint raises

unreviewable challenges to a state court decision, as well as claims barred by judicial immunity. We also conclude the district court did not abuse its discretion in denying Brooks's motion for reconsideration. We thus affirm the judgment of the district court, <u>see</u> 8th Cir. R. 47B, and deny the pending motions on appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.